**95–2507.** State v. McMillen. *Ashtabula County,* No. 94–A–0050. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and COOK, JJ., dissent.

**95–2511.** State v. Robinson. *Scioto County,* No. 94CA2277. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY and COOK, JJ., dissent.

**95–2512.** State v. Glover. *Cuyahoga County,* No. 67423. On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**95–2541.** State v. Bledsoe. *Cuyahoga County,* No. 66173. On motion for leave to file delayed appeal. Motion denied.

**95–2547.** Holstein v. Ohio Bur. of Motor Vehicles. *Franklin County,* No. 95APC03–366. On review of order certifying a conflict. The court determines that a conflict exists. *Sua sponte,* cause consolidated with 95–2317, *infra,* cause held for the decision in 95–1513, *Bryan v. Hudson,* Williams County, No. WM94014, and briefing schedule stayed.

RESNICK, J., not participating.

## DISCRETIONARY APPEALS ALLOWED

**95–1993.** State v. Moore. *Franklin County,* No. 95APC03–365. *Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

RESNICK and COOK, JJ., dissent.

**95–1996.** State v. Buskey. *Franklin County,* No. 95APA02–198. *Sua sponte,* cause held for the decision in 95–450, *State v. Thompkins,* Montgomery County, No. 14703 *et seq.;* briefing schedule stayed.

PFEIFER, J., dissents.

**95–1999.** State v. Parker. *Franklin County,* No. 95APC05–606. Discretionary appeal allowed and cause held for the decision in 95–1377 and 95–1466, *supra;* briefing schedule stayed.

**95–2014.** Goldfuss v. Davidson. *Portage County,* No. 94–P–0010.

MOYER, C.J., DOUGLAS and COOK, JJ., dissent.

**95–2066.** DeRolph v. State. *Perry County,* No. CA–477.

WRIGHT, J., dissents.

**95–2317.** Holstein v. Ohio Bur. of Motor Vehicles. *Franklin County,* No. 95APC03–366. Discretionary appeal allowed in Proposition of Law No. I only; *sua sponte,* cause held for the decision in 95–1513, *Bryan v. Hudson,* Williams County, No. WM94014, and briefing schedule stayed.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., would allow all propositions of law.

RESNICK, J., not participating.